Lewis P. McFARLAND, Appellant, v. UNITED STATES of America, Appellee.

No. 9886.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 12, 1948.

Decided Dec. 15, 1948.

Mr. Robert L. Heald, of Washington, D. C., for appellant.

Mr. Stafford R. Grady, Assistant United States Attorney, with whom Messrs. George Morris Fay, United States Attorney, and John D. Lane, Ross O'Donoghue, and Mrs. Grace B. Stiles, Assistant United States Attorneys, all of Washington, D. C., were on the brief, for appellee. Mr. Sidney S. Sachs, Assistant United States Attorney, of Washington, D. C., also entered an appearance for appellee.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.

Alma F. BIRCKNER, appellant, v. Robert TILCH, ancillary executor, The Anacostia National Bank, a corporation, Charles W. Collins, Sue Spencer Collins, Adrian P. Fisher, F. Regis Noel, appellees.

No. 9768.

United States Court of Appeals District of Columbia Circuit.

Submitted Nov. 12, 1948.

Decided Dec. 15, 1948.

Mrs. Alma F. Birckner, appellant pro se, submitted on brief.

Mr. Thos. Morton Gittings, of Washington, D. C., submitted on brief for appellees Tilch and others.

Mr. Irving B. Yochelson, of Washington, D. C. submitted on brief for appellee Anacostia National Bank.

Messrs. Solomon Grossberg and Isadore Brill both of Washington, D. C., also entered appearances for appellee Anacostia National Bank.

Mr. F. Regis Noel, of Washington, D. C., appellee pro se, submitted on brief.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.